# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00477-CR

**Arthur Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
## NO. 3040759, HONORABLE FRED A. MOORE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The motion to withdraw filed by appellant's appointed counsel on appeal, Mr. Gary Taylor, is granted.[1]  The appeal is abated for the district court to immediately appoint substitute counsel.  A copy of the order appointing substitute counsel shall be forwarded to this Court no later than August 31, 2005.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Filed:   August 26, 2005

Do Not Publish

_____

[1] Counsel has been employed as a federal public defender in Nevada and is closing his practice.